Same case below, 431 Fed. Appx. 541.

■■■

**No. 11-7225. Ronald J. Gardner, Jr., Petitioner v. United States.**

565 U.S. 1127, 132 S. Ct. 1036, 181 L. Ed. 2d 763, 2012 U.S. LEXIS 26.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 429 Fed. Appx. 188.

■■■

**No. 11-7231. Charles L. Goodell, Petitioner v. Jesse Williams, Warden.**

565 U.S. 1127, 132 S. Ct. 1036, 181 L. Ed. 2d 763, 2012 U.S. LEXIS 128.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 643 F.3d 490.

■■■

**No. 11-7232. Allie James Bell, Petitioner v. Larry Small, Warden.**

565 U.S. 1127, 132 S. Ct. 1036, 181 L. Ed. 2d 763, 2012 U.S. LEXIS 63.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 444 Fed. Appx. 129.

■■■

**No. 11-7233. William J. Hagler, Petitioner v. Brian L. Budsberg, et al.**

565 U.S. 1127, 132 S. Ct. 1036, 181 L. Ed. 2d 763, 2012 U.S. LEXIS 40.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-7237. Prentice Stanley, Petitioner v. Florida.**

565 U.S. 1127, 132 S. Ct. 1036, 181 L. Ed. 2d 763, 2012 U.S. LEXIS 138.

January 9, 2012. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District, denied.

Same case below, 57 So. 3d 944.

■■■

**No. 11-7243. Rodericol Murphy, Petitioner v. Jeri Ann Sherry, Warden.**

565 U.S. 1127, 132 S. Ct. 1036, 181 L. Ed. 2d 763, 2012 U.S. LEXIS 13.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

■■■

**No. 11-7245. Kenneth L. Williams, Petitioner v. Michael Baenen, Warden.**

565 U.S. 1127, 132 S. Ct. 1037, 181 L. Ed. 2d 763, 2012 U.S. LEXIS 15.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

■■■

**No. 11-7271. Roger Ray Crumblin, Petitioner v. United States.**

565 U.S. 1127, 132 S. Ct. 1037, 181 L. Ed. 2d 763, 2012 U.S. LEXIS 27.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 441 Fed. Appx. 180.